

ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

EVAN M. MATEER (CABN 326848)
Assistant United States Attorney

    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3680
    FAX: (510) 637-3724
    Evan.mateer@usdoj.gov

Attorneys for United States of America

FILED
JUL 18 2024
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> CARRIE LYNN GRANT, <br><br> Defendant. | CASE NO. CR 24 403 <br><br> SEALING APPLICATION AND SEALING ORDER <br><br> UNDER SEAL |

    The United States requests that the Indictment, Penalty Sheet and Arrest Warrant in the above-captioned case filed with the Court on July 18, 2024, be filed under seal until further order of the Court, with the exception that the Clerk's office may provide a copy of the Indictment, Penalty Sheet and Arrest Warrant to the U.S. Attorney's Office and agents of the Federal Bureau of Investigation, and if the government determines that these materials are subject to its discovery obligations in connection with criminal proceedings, they may be produced to defense counsel.

    The sealing application is requested to facilitate the arrest of the defendant because the government is continuing its investigation and the disclosure of the defendant's identity or the charges

SEALING APPLICATION AND SEALING ORDER

1

and nature of the investigation could thwart the investigation and/or incentivize the defendant to flee.

It is further requested that nothing in the Court's Order shall prevent the United States Attorney's Office from obtaining copies of any of these documents under seal or sharing the documents with the investigating agency, the agents of the Federal Bureau of Investigation, or any other law enforcement agency designated by the United States Attorney's Office.

WHEREFORE, the United States respectfully request that the Court issue an Order granting this Application.

DATED: July 18, 2024

Respectfully submitted,

STEPHANIE M. HINDS
United States Attorney

/s/ Evan M. Mateer
EVAN M. MATEER
Assistant United States Attorney

## ORDER

On the government's application, and for good cause shown, it is HEREBY ORDERED THAT the Indictment, Penalty Sheet and Arrest Warrant filed with the Court on July 18, 2024, shall be filed under seal until further order of the court with the exception that the Clerk's office may provide a copy of the Indictment, Penalty Sheet and Arrest Warrant to the U.S. Attorney's Office and agents of Federal Bureau of Investigation, and if the government determines that these materials are subject to its discovery obligations in connection with criminal proceedings, the government may produce these documents to defense counsel.

IT IS SO ORDERED.

DATED: July 18 2024

HONORABLE DONNA M. RYU
U.S. Magistrate Judge

SEALING APPLICATION AND SEALING ORDER

2