| DOCUMENTS UNDER SEAL ☐ | | TOTAL TIME (mins): 27 minutes | | |
|---|---|---|---|---|
| **MAGISTRATE JUDGE MINUTE ORDER** | DEPUTY CLERK<br>William F. Tabunut | LIBERTY RECORDER:<br>10:47am - 11:14am | | |
| MAGISTRATE JUDGE<br>Kandis A. Westmore | DATE<br>8/6/2024 | NEW CASE ☐ | CASE NUMBER<br>4:24-cr-00403-AMO-1 | |

### APPEARANCES

| DEFENDANT<br>Carrie Lynn Grant | AGE | CUST<br>Y | P/NP<br>P | ATTORNEY FOR DEFENDANT<br>Elisse Larouche | PD. ☒ RET. ☐<br>APPT. ☐ |
|---|---|---|---|---|---|
| U.S. ATTORNEY<br>Evan Mateer | INTERPRETER | | | FIN. AFFT SUBMITTED ☐ | COUNSEL APPT'D PROVISIONALLY ☒ |
| PROBATION OFFICER | PRETRIAL SERVICES OFFICER<br>Brad Wilson | | DEF ELIGIBLE FOR APPT'D COUNSEL ☐ | PARTIAL PAYMENT OF CJA FEES ☐ | |

### PROCEEDINGS SCHEDULED TO OCCUR

| ☒ INITIAL APPEAR<br>1 minute | ☐ PRELIM HRG | ☒ MOTION<br>1 minute | ☐ JUGM'T & SENTG | ☐ STATUS<br>☐ TRIAL SET |
|---|---|---|---|---|
| ☒ I.D. COUNSEL<br>1 minute | ☒ ARRAIGNMENT<br>4 minutes | ☐ BOND HEARING | ☐ IA REV PROB. or S/R | ☐ OTHER |
| ☒ DETENTION HRG<br>20 minutes | ☐ ID / REMOV HRG | ☐ CHANGE PLEA | ☐ PROB. REVOC. | ☐ ATTY APPT HEARING |

### INITIAL APPEARANCE

| ☒ ADVISED OF RIGHTS | ☒ ADVISED OF CHARGES | ☐ NAME AS CHARGED IS TRUE NAME | ☐ TRUE NAME: |
|---|---|---|---|

### ARRAIGNMENT

| ☐ ARRAIGNED ON INFORMATION | ☒ ARRAIGNED ON INDICTMENT | ☐ READING WAIVED SUBSTANCE | ☐ WAIVER OF INDICTMENT FILED |
|---|---|---|---|

### RELEASE

| ☐ RELEASED ON O/R | ☒ ISSUED APPEARANCE BOND | AMT OF SECURITY<br>$ 50,000 | SPECIAL NOTES | ☒ PASSPORT SURRENDERED DATE: 8/7/2024 |
|---|---|---|---|---|
| PROPERTY TO BE POSTED<br>☐ CASH $ | CORPORATE SECURITY ☐ | | REAL PROPERTY: ☐ | |
| ☐ MOTION FOR DETENTION | ☒ PRETRIAL SERVICES REPORT  Post Bail | ☐ DETAINED | ☒ RELEASED  ☐ DETENTION HEARING AND FORMAL FINDINGS WAIVED | ☐ REMANDED TO CUSTODY |
| ORDER REMOVED TO THE DISTRICT OF | | | | |

### PLEA

| ☐ CONSENT ENTERED | ☒ NOT GUILTY | ☐ GUILTY | GUILTY TO COUNTS: ☐ |
|---|---|---|---|
| ☐ PRESENTENCE REPORT ORDERED | ☐ CHANGE OF PLEA | ☐ PLEA AGREEMENT FILED | OTHER: |

### CONTINUANCE

| TO:<br>9/16/2024 | ☐ ATTY APPT HEARING | ☐ BOND HEARING | ☐ STATUS RE: CONSENT | ☐ TRIAL SET |
|---|---|---|---|---|
| AT:<br>2:00PM | ☒ SUBMIT FINAN. AFFIDAVIT | ☐ PRELIMINARY HEARING | ☐ CHANGE OF PLEA | ☒ STATUS |
| BEFORE HON.<br>Martinez-Olguin | ☐ DETENTION HEARING | ☐ ARRAIGNMENT | ☐ MOTIONS | ☐ JUDGMENT & SENTENCING |
| ☐ TIME WAIVED | ☒ TIME EXCLUDABLE UNDER 18 § USC 3161 | ☐ IDENTITY / REMOVAL HEARING | ☐ PRETRIAL CONFERENCE | ☐ PROB/SUP REV. HEARING |

### ADDITIONAL PROCEEDINGS

Motion to unseal case is granted. Court appoints counsel provisionally based on defense counsel's oral proffer as stated on the record. Parties are in agreement as to release terms and conditions. DPPA advised

DOCUMENT NUMBER: