1  ISMAIL J. RAMSEY (CABN189820)
   United States Attorney
2
3  MARTHA BOERSCH (CABN 126569)
   Chief, Criminal Division
4  ANDREW PAULSON (CABN 267095)
   Assistant United States Attorney
5
6      1301 Clay Street, Suite 340S
       Oakland, California 94612
7      Telephone: (510) 637-3680
       Fax: (510) 637-3724
8      Email: andrew.paulson@usdoj.gov

9  Attorneys for United States of America

10                     UNITED STATES DISTRICT COURT
11                    NORTHERN DISTRICT OF CALIFORNIA
12                             OAKLAND DIVISION

13  UNITED STATES OF AMERICA,          )   No. 4:24-cr-00403 AMO
                                       )
14          Plaintiff,                 )
                                       )   NOTICE OF APPEARANCE OF
15      vs.                            )   GOVERNMENT'S COUNSEL
                                       )
16                                     )
    CARRIE LYNN GRANT,                 )
17                                     )
            Defendant.                 )
18  _____)

19
20      Please take notice that as of August 13, 2024, the Assistant U.S. Attorney whose name,
21  address, and telephone number is listed below will be making an appearance for the government.

22      ANDREW PAULSON (CABN 267095)
        Assistant United States Attorney
23
        1301 Clay Street, Suite 340S
24      Oakland, California 94612
        Telephone: (510) 637-3680
25      Fax: (510) 637-3724
        Email: andrew.paulson@usdoj.gov

26  //
27  //
28  //

The Clerk is requested to modify the docket sheet and other court records so as to reflect that copies of all orders and communications from the court will in the future be given also to AUSA Andrew Paulson at the above mailing address, telephone number, facsimile number and e-mail address.

DATED: August 13, 2024

Respectfully submitted,

ISMAIL J. RAMSEY
United States Attorney

*/s/ Andrew Paulson*
ANDREW PAULSON
Assistant United States Attorney