JODI LINKER
Federal Public Defender
Northern District of California
ELISSE LAROUCHE
Assistant Federal Public Defender
13th Floor Federal Building - Suite 1350N
1301 Clay Street
Oakland, CA 94612
Telephone:	(510) 637-3500
Facsimile:	(510) 637-3507
Email:	Elisse_Larouche@fd.org

Counsel for Defendant Grant

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CARRIE GRANT,<br><br>Defendant. | Case No.: CR 24–403 AMO (KAW)<br><br>**STIPULATION AND [PROPOSED] ORDER TO TRAVEL**<br><br>Hearing Date:	September 16, 2024<br>Hearing Time:	2:00 p.m. |

  Defendant Carrie Grant has requested permission to travel to Southern California to go to Disneyland for her daughter's birthday on October 5-8, 2024. Pretrial approves the request and the government has no objection. Accordingly, the parties stipulate and agree that Ms. Grant's travel request be granted.

IT IS SO STIPULATED.

Dated:    September 11, 2024

>    JODI LINKER
>    Federal Public Defender
>    Northern District of California
>
>    _____/S_____
>    ELISSE LAROUCHE
>    Assistant Federal Public Defender

Dated:    September 11, 2024

>    ISMAIL J. RAMSEY
>    United States Attorney
>    Northern District of California
>
>    _____/S_____
>    ANDREW PAULSON
>    Assistant United States Attorney

STIPULATION AND [PROPOSED] ORDER TO TRAVEL
*GRANT*, CR 24–403 AMO (KAW)

2

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CARRIE GRANT,<br><br>　　　　Defendant. | **Case No.:** CR 24–403 AMO (KAW)<br><br>**[PROPOSED] ORDER TO TRAVEL** |

It is ORDERED that Ms. Grant be permitted to travel to Southern California on October 5-8, 2024. Ms. Grant must provide her travel details and itinerary to Pretrial.

　　　　IT IS SO ORDERED.

Dated: _____

_____
KANDIS A. WESTMORE
United States Magistrate Judge

[PROPOSED] ORDER TO TRAVEL
*GRANT*, CR 24–403 AMO (KAW)

1