JODI LINKER
Federal Public Defender
Northern District of California
ELISSE LAROUCHE
Assistant Federal Public Defender
13th Floor Federal Building - Suite 1350N
1301 Clay Street
Oakland, CA 94612
Telephone:  (510) 637-3500
Facsimile:  (510) 637-3507
Email:  Elisse_Larouche@fd.org

Counsel for Defendant Grant

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | **Case No.:** CR 24–403 AMO (KAW) |
| Plaintiff, | **STIPULATION AND ORDER TO TRAVEL** |
| v. | |
| CARRIE GRANT, | **Hearing Date:** September 16, 2024 |
| Defendant. | **Hearing Time:** 2:00 p.m. |

    Defendant Carrie Grant has requested permission to travel to Southern California to go to Disneyland for her daughter's birthday on October 5-8, 2024. Pretrial approves the request and the government has no objection. Accordingly, the parties stipulate and agree that Ms. Grant's travel request be granted.

IT IS SO STIPULATED.

Dated:     September 11, 2024

JODI LINKER
Federal Public Defender
Northern District of California

_____/S_____
ELISSE LAROUCHE
Assistant Federal Public Defender

Dated:     September 11, 2024

ISMAIL J. RAMSEY
United States Attorney
Northern District of California

_____/S_____
ANDREW PAULSON
Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | **Case No.:** CR 24–403 AMO (KAW) |
| Plaintiff, | **ORDER TO TRAVEL** |
| v. | |
| CARRIE GRANT, | |
| Defendant. | |

It is ORDERED that Ms. Grant be permitted to travel to Southern California on October 5-8, 2024. Ms. Grant must provide her travel details and itinerary to Pretrial.

IT IS SO ORDERED.

Dated: September 13, 2024

_____
KANDIS A. WESTMORE
United States Magistrate Judge

ORDER TO TRAVEL
*GRANT*, CR 24–403 AMO (KAW)

1