IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CARRIE GRANT,<br><br>Defendant. | Case No.: CR 24–403 AMO (KAW)<br><br>[~~PROPOSED~~] ORDER TO ADD CONDITION OF RELEASE |

IT IS ORDERED that Ms. Grant's pretrial release conditions be amended to include a condition that she participate in mental health treatment at the direction of U.S. Pretrial Services.

IT IS SO ORDERED.

Dated: March 18, 2025

_____
HON. KANDIS A. WESTMORE
United States Magistrate Judge

[PROPOSED] ORDER TO ADD CONDITION OF RELEASE
*GRANT*, CR 24–403 AMO (KAW)

1