UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES

**Date:** March 31, 2025   **Time:** 4 minutes   **Judge:** ARACELI MARTINEZ-OLGUIN

**Case No.:** 24-cr-00403-AMO-1   **Case Name:** United States of America v. Carrie Lynn Grant

**Attorney for Plaintiff:** Evan Mateer
**Attorney for Defendant:** Elisse Larouche
**Defendant:** [X] Present   [ ] Not Present
**Defendant's Custodial Status:** [ ] In Custody  [X] Not in Custody

**Deputy Clerk:** Jenny Galang   **Liberty Recording:** 1:21 – 1:25
**Interpreter:** n/a   **Probation Officer:** n/a

## PROCEEDINGS

Status Conference – Held.

Parties report that they continue in their discussions and are close to a resolution in this matter. The parties jointly requested to set a Change of Plea hearing.

Government to prepare a stipulation and proposed order regarding exclusion of time.

**CASE CONTINUED TO:** Monday, June 2, 2025, at 2:00 p.m. for a Change of Plea.

**EXCLUDABLE DELAY:  Yes**
Category:   For effective preparation.
Begins:  March 31, 2025
Ends:  June 2, 2025