```
JODI LINKER
Federal Public Defender
Northern District of California
ELISSE LAROUCHE
Assistant Federal Public Defender
13th Floor Federal Building - Suite 1350N
1301 Clay Street
Oakland, CA 94612
Telephone:  (510) 637-3500
Facsimile:  (510) 637-3507
Email:      Elisse_Larouche@fd.org
```

Counsel for Defendant Grant

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>  v.<br><br>CARRIE GRANT,<br><br>   Defendant. | Case No.: CR 24–403 AMO<br><br>**DECLARATION OF ELISSE LAROUCHE** |

I, Elisse Larouche, declare the following:

1. I am an Assistant Federal Public Defender ("AFPD") appointed to represent the above-named defendant.

2. Attached as Exhibit A is a true and correct copy of Ms. Grant's letter to the Court.

3. Attached as Exhibit B are true and correct copies of letters of support for the Court's consideration.

4. Attached as Exhibit C is a true and correct copy of a Psychological Evaluation, authored by Doctor Salvador Moses, filed under seal.

5. Attached as Exhibit D include memorandums from Federal Public Defender

Investigator, Khouloud Ballout, documenting interviews with two individuals, filed under seal.

6. Attached as Exhibit E are true and correct copies of police reports, filed under seal.

7. A paralegal with the Federal Public Defender's office reviewed and analyzed Ms. Grant's accounts and spending in detail. Defense counsel's statements regarding amounts and how Ms. Grant spent money are based on review of that analysis and documentation.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on December 1, 2025, in Oakland, California.

Dated:   December 1, 2025          Respectfully submitted,

JODI LINKER
Federal Public Defender
Northern District of California

             /S
ELISSE LAROUCHE
Assistant Federal Public Defender