| | |
|---|---|
| 1 | JODI LINKER |
| 2 | Federal Public Defender<br>Northern District of California |
| 3 | ELISSE LAROUCHE<br>Assistant Federal Public Defender |
| 4 | 13th Floor Federal Building - Suite 1350N<br>1301 Clay Street |
| 5 | Oakland, CA 94612<br>Telephone:  (510) 637-3500 |
| 6 | Facsimile:  (510) 637-3507<br>Email:  Elisse_Larouche@fd.org |
| 7 | |
| 8 | Counsel for Defendant Grant |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CARRIE GRANT,<br><br>Defendant. | Case No.: CR 24–00403 AMO<br><br>**UNOPPOSED MOTION AND [PROPOSED] ORDER TO AMEND JUDGMENT** |

On December 8, 2025, the Court held a sentencing hearing in the case of defendant Carrie Grant and ordered Ms. Grant to the Bureau of Prison's custody for 27 months. Dkt. 45, Judgment. At the time of sentencing, the defense requested that the Court recommend that the Bureau of Prisons designate Ms. Grant to a facility that can best accommodate her medical and programming needs, and the Court's judgment reflects that request. *See id*. The defense now respectfully requests that the Court amend the Judgment to specifically include that the Bureau of Prisons "designate Ms. Grant to a minimum security federal prison camp, specifically FPC Bryan, to best accommodate her programming, including educational, correctional, and other programing needs, in addition to her medical needs." Probation and the government have no objection to this requested amendment.

MOT. AND [PROPOSED] ORDER TO AMEND JUDGMENT
*GRANT*, CR 24–00403 AMO

1

Dated: December 18, 2025

JODI LINKER
Federal Public Defender
Northern District of California

　　　　　　　/S
ELISSE LAROUCHE
Assistant Federal Public Defender

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CARRIE GRANT,<br><br>　　　　Defendant. | Case No.: CR 24–00403 AMO<br><br>**[PROPOSED] ORDER TO AMEND JUDGMENT** |

　　Based upon the unopposed motion of the defense, the Court grants the Motion to Amend the Judgment. Therefore, it is hereby ORDERED that the portion of the Judgment that makes the recommendation to the Bureau of Prisons shall read: "that the defendant be designated to a minimum security federal prison camp, specifically FPC Bryan, to best accommodate her programming, including educational, correctional, and other programing needs, in addition to her medical needs."

　　　　　　　　IT IS SO ORDERED.

Dated: _____

　　　　　　　　　　　　　　　　　　　　　　　　HON. ARACELI MARTÍNEZ-OLGUÍN
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge