JODI LINKER, Bar No. 230273
Federal Public Defender
Northern District of California
JOYCE LEAVITT, Bar No. 141935
Assistant Federal Public Defender
13th Floor Federal Building - Suite 1350N
1301 Clay Street
Oakland, CA 94612
Telephone:    (510) 637-3500
Facsimile:    (510) 637-3507
Email:          Joyce_Leavitt@fd.org

Counsel for Defendant Grant

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | **Case No.:** CR 24–00403 AMO |
| Plaintiff, | **NOTICE OF APPEARANCE** |
| v. | |
| CARRIE GRANT, | |
| Defendant. | |

The Federal Public Defender was previously appointed as counsel for defendant in the above captioned action.  Pursuant to Criminal Local Rule 44-2 (a), undersigned counsel, Assistant Federal Public Defender Joyce Leavitt, enters their general appearance as counsel for defendant.  Counsel's contact information is listed above.

Dated:    February 11, 2026

Respectfully submitted,
JODI LINKER
Federal Public Defender
Northern District of California
/S
JOYCE LEAVITT
Assistant Federal Public Defender

NOTICE OF APPEARANCE
*GRANT*, CR 24–00403 AMO

1