JODI LINKER
Federal Public Defender
Northern District of California
JOYCE LEAVITT
Assistant Federal Public Defender
13th Floor Federal Building - Suite 1350N
1301 Clay Street
Oakland, CA 94612
Telephone:    (510) 637-3500
Facsimile:    (510) 637-3507
Email:        Joyce_Leavitt@fd.org

Counsel for Defendant GRANT

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | **Case No.:** CR 24–403 AMO |
| Plaintiff, | **STIPULATION AND ~~[PROPOSED]~~ ORDER TO TRAVEL** |
| v. | |
| CARRIE GRANT, | |
| Defendant. | |

IT IS HEREBY STIPULATED, by and between the parties that the conditions of release for defendant Carrie Grant may be modified to allow Ms. Grant to travel to Arroyo Grand, CA, 93420, from February 21-22, 2026, to visit her parents.

IT IS FURTHER STIPULATED that Ms. Grant may travel to San Antonio, TX 78231, from March 6-9, 2026, to visit her brother and his wife. Ms. Grant's brother will then drive Ms. Grant to FPC-Bryan (which is located in Texas, close to the residence of Ms. Grant's brother) on March 9, 2026, where she will surrender to serve the federal sentence which was imposed by this Court. The addresses of Ms. Grant's parents and brother have already been provided to United States Pretrial Services Officer Vanessa Vargas.

In support of this stipulation and proposed order, undersigned defense counsel hereby declares and certifies to this Court that counsel contacted United States Pretrial Services Officer Vanessa Vargas by email on February 11, 2026 with the travel request described above. Officer Vargas responded that she has no objection to the request. Undersigned counsel also contacted Assistant United States Attorney Evan Mateer by email on February 11, 2026, who responded that he has no objection to the travel request described above. AUSA Mateer has given approval to undersigned defense counsel to efile this stipulation and proposed order with his /s/ signature. US Pretrial Services Officer Vargas has also reviewed and approved this stipulation prior to its being efiled. All other conditions of release in place would remain the same.

IT IS SO STIPULATED.

Dated:        February 12, 2026

                                            JODI LINKER
                                            Federal Public Defender
                                            Northern District of California

                                            _____/S_____
                                            JOYCE LEAVITT
                                            Assistant Federal Public Defender

Dated:        February 12, 2026

                                            CRAIG H. MISSAKIAN
                                            United States Attorney
                                            Northern District of California

                                            _____/S_____
                                            EVAN MATEER
                                            Assistant United States Attorney

STIPULATION AND [PROPOSED] ORDER TO TRAVEL
*GRANT*, CR 24–403 AMO

2

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CARRIE GRANT,<br><br>Defendant. | **Case No.:** CR 24–403 AMO<br><br>[PROPOSED] **ORDER TO TRAVEL** |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the conditions of release for defendant Carrie Grant are hereby modified to allow Ms. Grant to travel to Arroyo Grand, CA, 93420, from February 21-22, 2026, to visit her parents. Ms. Grant may also travel to San Antonio, TX 78231, from March 6-9, 2026, to visit her brother and wife. The Court understands that Ms. Grant's brother will then drive Ms. Grant to FPC-Bryan on March 9, 2026, where she will surrender to serve the federal sentence imposed by this Court.

All other conditions of release currently in place would remain the same.

IT IS SO ORDERED.

Dated:     February 12, 2026            _____
                                        HON.  ARACELI MARTÍNEZ-OLGUÍN
                                        United States District Judge

[PROPOSED] ORDER TO TRAVEL
*GRANT*, CR 24–403 AMO

1