JODI LINKER
Federal Public Defender
Northern District of California
KAITLYN FRYZEK
Assistant Federal Public Defender
13th Floor Federal Building - Suite 1350N
1301 Clay Street
Oakland, CA 94612
Telephone:   (510) 637-3500
Facsimile:   (510) 637-3507
Email:        Joyce_Leavitt@fd.org

Counsel for Defendant GRANT

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | **Case No.:** CR 24–403 AMO |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO TRAVEL** |
| v. | |
| CARRIE GRANT, | |
| Defendant. | |

This Court previously signed a stipulation with proposed order allowing defendant Carrie Grant to travel to Arroyo Grand, CA, 93420, from February 21-22, 2026, to visit her parents. Her mother's planned surgery has been moved up, and she now wishes to visit them from February 14-15, 2026. Accordingly she requests that she be allowed to visit them from February 14-15, 2026, instead.

The addresses of Ms. Grant's parents has already been provided to United States Pretrial Services Officer Vanessa Vargas.

In support of this stipulation and proposed order, undersigned defense counsel hereby declares and certifies to this Court that counsel contacted United States Pretrial Services Officer Vanessa Vargas today with the updated travel request described above. Officer Vargas responded that she has

STIPULATION AND [PROPOSED] ORDER TO TRAVEL
*GRANT*, CR 24–403 AMO

1

no objection to the request. Undersigned counsel also contacted Assistant United States Attorney Evan Mateer today, who responded that he has no objection to the travel request described above. AUSA Mateer has given approval to undersigned defense counsel to efile this stipulation and proposed order with his /s/ signature. US Pretrial Services Officer Vargas has also reviewed and approved this stipulation prior to its being efiled. All other conditions of release in place would remain the same.

IT IS SO STIPULATED.

Dated:    February 13, 2026

JODI LINKER
Federal Public Defender
Northern District of California

/S
KAITLYN FRYZEK
Assistant Federal Public Defender

Dated:    February 13, 2026

CRAIG H. MISSAKIAN
United States Attorney
Northern District of California

/S
EVAN MATEER
Assistant United States Attorney

STIPULATION AND [PROPOSED] ORDER TO TRAVEL
*GRANT*, CR 24–403 AMO

2

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | **Case No.:** CR 24–403 AMO |
| Plaintiff, | [PROPOSED] **ORDER TO TRAVEL** |
| v. | |
| CARRIE GRANT, | |
| Defendant. | |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the conditions of release for defendant Carrie Grant are hereby modified to allow Ms. Grant to travel to Arroyo Grand, CA, 93420, from February 14-15, 2026, to visit her parents. Ms. Grant may no longer travel to Arroyo Grand, CA on February 21-22 as previously ordered.

All other conditions of release currently in place remain the same.

IT IS SO ORDERED.

Dated:   February 13, 2026

_____
HON.  ARACELI MARTÍNEZ-OLGUÍN
United States District Judge

[PROPOSED] ORDER TO TRAVEL
*GRANT*, CR 24–403 AMO

1